1  NEWPORT TRIAL GROUP
   A Professional Corporation
2  David W. Reid, Bar No. 267382
   dreid@trialnewport.com
3  Steven R. Telles, Bar No. 246514
   stelles@trialnewport.com
4  895 Dove Street, Suite 425
   Newport Beach, CA  92660
5  Tel: (949) 706-6464
   Fax: (949) 706-6469
6
   *Attorneys for Plaintiff Dana Concepcion*
7

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA CONCEPCION, | Case No.  CV 12-6203 MWF (Ex) |
| Plaintiff, | **ORDER RE STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| vs. | |
| AVALONBAY COMMUNITIES, INC., a corporation; RANDALL CARAWAY, an individual; and DOES 1-25, inclusive, | Complaint Filed: June 13, 2012
Action removed: July 18, 2012 |
| Defendants. | |

**IT IS SO ORDERED** this 16th day of January, 2013.

_____
Hon. Michael W. Fitzgerald
U.S. DISTRICT JUDGE