NEWPORT TRIAL GROUP
A Professional Corporation
David W. Reid, Bar No. 267382
dreid@trialnewport.com
Steven R. Telles, Bar No. 246514
stelles@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

*Attorneys for Plaintiff Dana Concepcion*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA CONCEPCION,<br><br>     Plaintiff,<br><br>     vs.<br><br>AVALONBAY COMMUNITIES, INC., a corporation; RANDALL CARAWAY, an individual; and DOES 1-25, inclusive,<br><br>     Defendants. | Case No.  CV 12-6203 MWF (Ex)<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: June 13, 2012<br>Action removed: July 18, 2012 |

**IT IS SO ORDERED** this 16th day of January, 2013.


_____
Hon. Michael W. Fitzgerald
U.S. DISTRICT JUDGE